**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Meika Boyer,** | ) | **CASE NO. 4:11 CV 1384** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **Michael J. Astrue,** | ) | **Judgment Entry** |
| | ) | |
| **Defendant.** | ) | |

This Court, having ACCEPTED the Report and Recommendation of Magistrate Judge Nancy A. Vecchiarelli (Doc. 18 ), recommending that the decision of the Commissioner be affirmed, hereby enters judgment in favor of defendant and against plaintiff.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 8/6/12